**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELISSA SANDERS, | |
| Plaintiff, | |
| v. | Civil Action No. 14-714 (JEB) |
| WELBURN MANAGEMENT CONSULTING CO., | |
| Defendant. | |

**MEMORANDUM OPINION**

Plaintiff Melissa Sanders filed a brief *pro se* Complaint on March 28, 2014.  See ECF No. 1.  After Defendant filed a Motion to Dismiss, see ECF No. 6, this Court issued an Order directing Plaintiff to respond to the Motion by July 7 or risk the Court's deeming the matter conceded.  See ECF No. 8.  As Plaintiff has not done so, the Court will treat the Motion as conceded and dismiss the case without prejudice.  See LCvR 7(b).  A contemporaneous Order will so state.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: July 14, 2014

1